Dismissed and Memorandum Opinion filed February 10, 2005









Dismissed and Memorandum Opinion filed February 10,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00342-CV

____________

 

JAMES D.
HARDIN, Appellant

 

V.

 

CHARLOTTE L. HARDIN,
Appellee

 



 

On Appeal from the
246th District Court

 Harris County, Texas

Trial Court Cause
No.  01-26400

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 22,
2002.  On June 24, 2004, this court
issued an opinion affirming the judgment. 
On January 27, 2005, we overruled appellant=s motion for rehearing.   

On January 27, 2005, the parties filed a joint motion to
dismiss the appeal because the parties have settled.   See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, we VACATE our judgment dated June 24, 2004.  We do NOT withdraw our opinion dated June 24,
2004.  See Tex. R. App. P. 42.1(c). 
This appeal is ORDERED dismissed. 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 10, 2005.

Panel consists of Justices
Edelman, Frost, and Guzman.